Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                       Case No.: 19−16477−JNP
                       Chapter: 13
                       Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrew C Beebe IV
   200 Mary Elmer Dr
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−9500

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               June 17, 2022
Time:              10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*26* − in Opposition to (related document:25 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 05/11/2022. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Terry Tucker on behalf of Andrew C Beebe IV. (Tucker, Terry)

and transact such other business as may properly come before the meeting.

Dated: May 12, 2022
JAN: lgr

                                                                          Jeanne Naughton
                                                                          Clerk